Provided By Santa Rosa C.I.
SEP 1 4 2009
For Mailing YJ

FILED
2009 SEP 17 PM 2:40
CLERK, U.S. [DISTRICT] COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____ Division

## CIVIL RIGHTS COMPLAINT FORM

YAHWEH MESSIAH JULIMICE
A.K.A. Julmice, Leopole
# M58213

CASE NUMBER: 5:09-CV-409-OC-10GRJ
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Mr. W. McNeal

Mr. Dixon

Mr. Gilbreath

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).
_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Santa Rosa Correctional
    (Indicate the name and location)
    Institution. 5850 Milton Road. Milton Florida 32583

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

    [If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                          1

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: AKA YAHWEH MESSIAH JULMICE Julmice, Leopole
Inmate Number: # M58213
Prison or Jail: lake "Correctional
Mailing address: Institution, 19225
U.S. Hwy. 27
Clermont, Florida 30711

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Mr. McNeil
    Official position: Department of Corrections - Secretary
    Employed at:
    Mailing address: 2601 Blair Stone Road, Tallahassee, Fla. 32399

(2) Defendant's name: Mr. Dixon
    Official position: Warden at lake C.I.
    Employed at: lake Correctional Inst.
    Mailing address: 19225 U.S. Hwy. 27
    Clermont, Florida 30711

(3) Defendant's name: Officer Gilreath
    Official position: Officer
    Employed at: lake Correction Inst.
    Mailing address: 19225 U.S. Hwy. 27
    Clermont, Florida 30711

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

   Yes(✓)          No( )

   [If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

   1. **Informal Grievance**

   a. Did you submit an informal grievance?

      Yes(✓)          No( )

      ❖ If so, you must attach a copy of the grievance and response; exhibit _____.

   b. If not, why? __No Reply__

   2. **Formal Grievance**

   a. Did you submit a formal grievance?

      Yes(✓)          No( )

      ❖ If so, you must attach a copy of the grievance and response; exhibit __A__.

   b. If not, why? _____

   3. **Appeal to the Office of the Secretary**

   a. Did you submit an appeal to the Office of the Secretary?

      Yes(✓)          No( )

      ❖ If so, you must attach a copy of the appeal and response; exhibit _____.

   b. If not, why? __No Reply__

3

4. **Disciplinary Actions**

   a. Did you have a disciplinary hearing concerning this matter?

   Yes( )   No(✓)

   ❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

   b. Did you lose gaintime as a result of the disciplinary hearing?

   Yes( )   No(✓)

   c. Has the gaintime since been restored?

   Yes( )   No(✓)

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes( )   No(✓)

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

   1. Is there a grievance procedure at your institution or jail?

   Yes( )   No(✓)

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

   2. Did you submit a grievance concerning the facts relating to your complaint?

   Yes( )   No(✓)

   3. If your answer is YES:

   a. What steps did you take? _____ Ø _____

   b. What were the results? _____ Ø _____

   ❖ If so, you must attach a copy of the grievance and response; exhibit Ø.

   4. If your answer is NO, explain why not: _____ Ø _____

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

## IV. PREVIOUS LAWSUITS

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes( )    No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Name of judge: _____
5. Approximate filing date: _____
6. If not still pending, date of dismissal: _____
7. Reason for dismissal: _____
8. Facts and claims of case: _____

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )    No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

6

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On April 6, 2009, about 1:40 pm Officer Gilreath come to my Cell-4206-S-H-Dorm open the food flap and threw a cup of urine on me. I was then place in four (4) point - chain to the bed. By Officer John Doe #1 and Officer John Doe #2. I was place in Cell Number 4202-S-H-Dorm. While i was in four (4) Point Restraints Officer Gilreath come in to my Cell 4202-S about 2:30 PM by his self and Punch me several times in my face", And kick me in my head several times" and spitted on me several times". Causeing my Head and my face to swell-up. The Camera in the dorm of H-Dorm"- That Vedio Tape will show Officer Gilreath Running out of my Cell -4202-S. When Nurse Williams made her Rounds and enter my Cell 4202-S To Check on me and my Restraint. I then inform Nurse Williams of what Officer Gilreath had done to me. Nurse Williams then Reported the incident to the inspector.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

The Eight (8) Amendment to the United States' And the fourteenth (14) Amendment to the United States Constitution

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I am seeking any and all Punitive Damages in the amount of 1.5 Million Dollars.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

09/13/09
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __13__ day of __SEPT__, 20_09_.

_____
(Signature of Plaintiff)

Revised 07/02

8